| | |
|---|---|
| DEFENDANT: | Debra Campbell |
| YOB: | 1956 |
| COMPLAINT FILED? | _____ Yes    __X__ No |
| | If Yes, MAGISTRATE CASE NUMBER: |

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    _____ Yes    __X__ No

| | |
|---|---|
| OFFENSE(S): | COUNT 1: 18 U.S.C. § 1343: Wire fraud<br>COUNT 2: 26 U.S.C. § 7206(1): Subscribing to a False Tax Return |
| LOCATION OF OFFENSE: | Mesa County, Colorado |
| PENALTY: | COUNT 1:  NMT 20 years imprisonment, NMT 3 years supervised release, a $250,000 fine, and a $100 special assessment.<br><br>COUNT 2:  NMT 3 years imprisonment, NMT 1 year supervised release, a $250,000 fine, and a $100 special assessment. |
| AGENT: | Alex Winn, Special Agent, IRS |
| AUTHORIZED BY: | Pegeen D. Rhyne<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL: N/A- pre-indictment plea agreement in place

_____ five days or less       _____ over five days       _____ other

THE GOVERNMENT

_____ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

__X__ will not seek detention

The statutory presumption of detention **is not** applicable to this defendant.

OCDETF CASE:    ___ Yes    __X__ No