IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 22-cr-00113-CMA- GPG                              Date: April 6, 2022

UNITED STATES OF AMERICA,
Plaintiff,

v.

1. DEBRA CAMPBELL,
Defendant.

---

## ORDER

---

This case falls within the Western Slope Protocol Practice ("WSPP").

ORDERED: This case shall be re-initialed "CMA-GPG" with Judge Arguello in the presiding role and Magistrate Judge Gallagher in the referral role.

FURTHER ORDERED: Having inquired of the Government attorney, this case shall be **UNSEALED**.

FURTHER ORDERED: At the parties' request, and conditioned upon receiving consent to the WSPP and a Waiver of Indictment, a joint Advisement, Arraignment, and, possibly Entry or Change of Plea hearing is set as follows: **Friday, May 27, 2022 at 9:00 AM** in Room 323 before US Magistrate Judge Gordon P. Gallagher.

BY THE COURT:

Dated this 6th day of April, 2022.

_____
US Magistrate Judge Gordon P. Gallagher