IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    22-cr-00113-CMA-GPG

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEBRA CAMPBELL,

        Defendant.

_____

## NOTICE OF APPEARANCE
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Mary V. Butterton
        MARY V. BUTTERTON
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Mary_Butterton@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on April 13, 2022, I filed the foregoing with the Clerk of Court via email and copied the following email addresses:

    Pegeen Rhyne, Assistant United States Attorney
    Email: pegeen.rhyne@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Debra Campbell (via U.S. Mail)


                                          s/ Mary V. Butterton
                                          MARY V. BUTTERTON
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, CO  80202
                                          Telephone:  (303) 294-7002
                                          FAX:  (303) 294-1192
                                          Mary_Butterton@fd.org
                                          Attorney for Defendant