IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    22-cr-00113-CMA-GPG

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DEBRA CAMPBELL,

        Defendant.

_____

NOTICE OF DISPOSITION
_____

        Defendant, Debra Campbell, by and through counsel, Mary V. Butterton, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in her case with the government. The defendant would request a change of plea hearing for the court to consider a proposed plea agreement.

        Respectfully submitted this 13th day of April, 2022.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Mary V. Butterton
        MARY V. BUTTERTON
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Mary_butterton@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Pegeen Rhyne, Assistant United States Attorney
Email: Pegeen.rhyne@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Debra Cambell (via U.S. Mail)

s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_butterton@fd.org
Attorney for Defendant