IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 22-cr-00113-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEBRA CAMPBELL,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING MAY 27, 2022 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

    This matter is before the Court on the Recommendation of Magistrate Judge Gallagher (Docs. ## 9 and 13). The Court notes that pursuant to the terms of the written plea agreement, Defendant entered a plea of guilty to a two-count Information charging violations of 18 U.S.C. § 1343 and 26 U.S.C. § 7206(1). The Court also notes that Defendant consented to Magistrate Judge Gallagher advising her with regard to her Constitutional rights and her rights pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Magistrate Judge Gallagher conducted the Rule 11 hearing on May 27, 2022, at which time he appropriately advised the Defendant of her rights and made inquiry as to the Defendant's understanding of the charges, the terms of the plea agreement, the voluntariness of her plea, and of the consequences of pleading guilty.

Based on that hearing Magistrate Judge Gallagher recommended that the District Court Judge accept Defendant's plea of guilty the two-court Information.

Neither the Defendant nor the Government has filed any objections to the Magistrate Judge's Recommendation; therefore, it is ORDERED THAT:

1. Court Exhibits 1 and 2 are accepted and admitted.

2. The plea as made in open court on May 27, 2022 is accepted and the Defendant is adjudged guilty of violation of 18 U.S. C § 1343 and 26 U.S.C. § 7206(1).

DATED: June 15, 2022

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge