IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00113-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DEBRA CAMPBELL,

    Defendant.

## STIPULATION RE RESTITUTION

The United States of America, through AUSA Pegeen D. Rhyne, and defendant Debra Campbell, through AFPD Mary Butterton, hereby enter into this Stipulation re Restitution. The parties stipulate as follows:

1) The plea agreement in this case states that the restitution in this matter includes $252,069 to various victim HOAs and $158,820 to the IRS, resulting in total restitution of amount of $410,889;

2) However, the government recently discovered that it made an error in determining the amount of restitution owed to the various HOAs and that the figure should be $357,809.42;

3) Given that this error was entirely the government's, and that the government stands by the plea agreement that it negotiated with defendant Campbell, the parties agree that the total amount of restitution ordered by the Court in this case should remain $410,889;

1

4) However, the parties stipulate that this total restitution should be reapportioned so that defendant Campbell is ordered to pay (1) $357,809.42 to the various HOA victims as further identified in the presentence report and (2) $53,079.58 to the IRS;

5) The government has consulted with the IRS, and it has agreed to this solution; and

6) This stipulation is intended to impact only the restitution order in this matter; it is not intended to alter any other facts set forth in the plea agreement.

SO STIPULATED:

COLE FINEGAN
UNITED STATES ATTORNEY
s/ Pegeen D. Rhyne
By: Pegeen D. Rhyne
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0100
Fax: (303) 454-0402
pegeen.rhyne@usdoj.gov

VIRGINIA L. GRADY
Federal Public Defender
s/ Mary V. Butterton
MARY V. BUTTERTON
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Mary_Butterton@fd.org
Attorney for Ms. Campbell