IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00113-CMA-GPG

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.    DEBRA CAMPBELL,

Defendant.

---

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL FOR THE UNITED STATES**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for the United States of America.

DATED this 7th day of November 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: s/ *Laura B. Hurd*
Laura B. Hurd
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: laura.hurd@usdoj.gov
*Attorney for the United States*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 7th day of November 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

*s/ Sheri Gidan*
FSA Paralegal
Office of the U.S. Attorney