# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:22-cr-00113-CMA-GPG

UNITED STATES OF AMERICA,

   Plaintiff,

v.

DEBRA CAMPBELL,

   Defendant.

---

## VOLUNTARY SURRENDER ORDER SUPPLEMENTING JUDGMENT

---

The Judgment imposed on November 8, 2022, directed Defendant to surrender to the institution designated by the United States Bureau of Prisons for service of sentence. The United States Bureau of Prisons has designated the FMC Carswell. Accordingly,

IT IS ORDERED that Defendant, Debra Campbell, shall surrender herself by reporting to the Warden at the FMC Carswell, Naval Air Station, J Street, Building 3000, Fort Worth, Texas on November 29, 2022, by 12:00pm.

Travel will be at her own expense.

DATED:  November 17, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge